UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Gavin Patrick Vanderbeck,

       Plaintiff,                        Case Number: 23-cv-10391
                                         Honorable Linda V. Parker

v.

Stout,

       Defendant.
_____,

**<u>OPINION AND ORDER
DISMISSING COMPLAINT WITHOUT PREJUDICE</u>**

      Plaintiff Gavin Patrick Vanderbeck is a Michigan Department of Corrections prisoner. On February 14, 2023, he filed a pro se civil rights complaint but failed to pay the filing fee or, alternatively, to apply in the manner required by law to proceed without prepaying fees or costs. On March 27, 2023, the Court ordered Plaintiff to submit the filing fee or to file the necessary papers to proceed without prepayment as required by 28 U.S.C. § 1915(a)(2). (ECF No. 5.) The Court cautioned that failure to correct the deficiency within 30 days would result in dismissal of the case. The April 26 deadline for Plaintiff to pay the fee or submit the required paperwork has come and gone without Plaintiff correcting the deficiency and the time for doing so has expired.

Accordingly, **IT IS ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: May 30, 2023

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, May 30, 2023, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan  
Case Manager